IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

Criminal case no.
1:12-cr-0264-SCJ

IBRAHIM BARRIE, and
SAMUEL BOLAY
    Defendants.

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Russell G. Vineyard [Doc. No. 65], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the opinion and order of this Court. Accordingly, Defendant Barrie's motion to suppress evidence [Doc. No. 49] is hereby **DENIED**. Defendant Bolay's motion to sever [Doc. No. 52] is hereby **DENIED** to the extent not mooted by the entry of Defendant Bolay's January 3, 2013 guilty plea.

IT IS SO ORDERED, this 25th day of January, 2013.

*/s/ Steve C. Jones*
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE